UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KAREEM H. CULBRETH,

                              Plaintiff,

v.

MANUEL #500 and SGT. BRAHM,

                              Defendants.
---------------------------------------------------------X

**ORDER**

24-CV-2148 (PMH)

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on March 19, 2024. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on July 25, 2024 and the Court entered a briefing schedule. (Doc. 13; Doc. 16). On August 22, 2024, Defendants filed their motion to dismiss. (Doc. 17). Plaintiff's opposition was due by September 19, 2024. (*See* Doc. 13; Doc. 16). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until October 25, 2024. Defendants' reply, if any, is due November 8, 2024.

      **If Plaintiff fails to file his opposition by October 25, 2024, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to Plaintiff at the address on the docket.

Dated: White Plains, New York
           September 26, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge